No. D–1708. IN RE DISBARMENT OF LEHMAN. Disbarment entered. [For earlier order herein, see 518 U. S. 1044.]

No. D–1709. IN RE DISBARMENT OF HOARE. Disbarment entered. [For earlier order herein, see 518 U. S. 1044.]

No. D–1711. IN RE DISBARMENT OF ESSRICK. Disbarment entered. [For earlier order herein, see 518 U. S. 1044.]

No. D–1715. IN RE DISBARMENT OF GRIBETZ. Disbarment entered. [For earlier order herein, see 518 U. S. 1045.]

No. D–1720. IN RE DISBARMENT OF BERTAGNOLLI. Disbarment entered. [For earlier order herein, see 518 U. S. 1049.]

No. D–1738. IN RE DISBARMENT OF BROWN. Victor L. Brown, of Los Angeles, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1739. IN RE DISBARMENT OF MCDANIELS. Edison Penrow McDaniels, of San Bernardino, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1740. IN RE DISBARMENT OF CRONIN. Clinton E. Cronin, of Toms River, N. J., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1741. IN RE DISBARMENT OF ATKINS. Wilbur Dawkins Atkins, Jr., of Baton Rouge, La., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.